IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH ALI ABDULLAH AL SALAMI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ROBERT H. KNOWLES

Declarant, Robert H. Knowles, comes now upon penalty of perjury and declares that the following is true to the best of his knowledge, recollection and belief:

1. My name is Robert H. Knowles. I am over eighteen years old and am in all respects competent to give this Declaration. This Declaration is submitted in support of Petitioner Saleh Ali Abdullah Al Salami's contention that his father, Ali Abdullah Al Salami, is a proper Next Friend in the above-captioned proceeding.

2. I am an attorney-at-law licensed to practice in New York and Illinois. I am currently employed at the law firm of Covington & Burling. My business address is 1330 Avenue of the Americas, New York, New York 10019.

3. Covington & Burling represents seventeen Yemeni nationals being detained in Guantánamo Bay by the United States military. The firm has filed habeas petitions on behalf of the men in the United States District Court for the District of Columbia.

4. In June 2005, I traveled to Yemen for the purpose of meeting with the families of our clients. On this trip, I also met with Ali Abdullah Al Salami, a citizen of Yemen and the father of Petitioner Al Salami. Our meeting took place in Ta'izz, at the Sofitel Hotel, on June 15, 2005.

5. During our meeting, Ali Abdullah Al Salami told me that he wanted his son to be represented by American lawyers and that he wanted a habeas petition to be filed in the U.S. courts on his son's behalf.

6. If the Court desires, I shall seek a written declaration from Ali Abdullah Al Salami that memorializes his verbal authorization.

7. It is my firm conviction that Ali Abdullah Al Salami has authorized the filing of a habeas petition in the above-captioned proceeding and that he wishes to act as Next Friend in that proceeding.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2005.

*[signature]*
Robert H. Knowles