FILED WITH
COURT SECURITY OFFICER
DATE 12/28/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULLAH ALI SALI AL )
ASORIYA, *ET AL.*, )
)
Petitioners, )
)
v. ) Civil Action No. _____
)
GEORGE W. BUSH, *ET AL.*, )
)
Respondents-Defendants. )
_____)

## DECLARATION OF NEIL H. KOSLOWE

I, Neil H. Koslowe, declare as follows:

1. I am above the age of 18 and am otherwise competent in all respects to make this declaration in support of a petition for a writ of habeas corpus by Abdullah Ali Sali Al Asoriya, whose name I am spelling phonetically as best I can and whose ISN is 340.

2. I am an attorney licensed to practice in the District of Columbia and the states of Georgia and New York. I am counsel at Shearman & Sterling LLP and my business address is 801 Pennsylvania Avenue, N.W., Washington, DC 20004-2634.

3. I represent Omar Rajib Amin, ISN 065, and Fayiz Al Kandari, ISN 552, who are detained by the United States at the United States Naval Station, Guantanamo Bay, Cuba ("Guantanamo"). In the spring of 2002 my law firm filed a case on behalf of Mr. Amin and Mr. Al Kandari and other detainees at Guantanamo in this Court, Civil Action No. 02-0828.

4. On December 13, 2005, I met with Mr. Amin in an interview cell at Guantanamo, and on December 14, 2005, I met with Mr. Al Kandari in an interview cell at Guantanamo. I was accompanied during both interviews by a professional interpreter retained by my law firm. During my conversations with Mr. Amin and Mr. Al Kandari, Mr. Amin and Mr. Al Kandari told me that Abdullah Ali Sali Al Asoriya, whose name I am spelling phonetically as best I can, who is a citizen of Saudi Arabia, and whose ISN is 340, was also detained at Guantanamo and wants legal representation. Mr. Asoriya asked Mr. Amin and Mr. Al Kandari to forward to me Mr. Asoriya's verbal request for legal representation to challenge his detention. Mr. Asoriya challenges the lawfulness of his detention and wants to have counsel assist him in securing his release from detention at Guantanamo.

5. Attorneys from my firm have explained to Mr. Amin and Mr. Al Kandari the U.S. concept of "Next Friend" with respect to representation before a court of law. Mr. Amin and Mr. Al Kandari told me that they knew Mr. Asoriya and understood his desire to be represented by counsel for these purposes. Should Mr. Asoriya be unable to secure legal representation on his own behalf, Mr. Amin and Mr. Al Kandari desire to act as his Next Friend for purposes of filing a habeas petition challenging the lawfulness of Mr. Asoriya's detention.

6. I explained to Mr. Amin and Mr. Al Kandari that I would pass Mr. Asoriya's name and request to attorneys at the Center for Constitutional Rights ("CCR") in New York and that CCR either would represent him or find lawyers who would.

2

7. If this Court requires any additional information from Mr. Amin or Mr. Al Kandari with respect to Mr. Asoriya's direct request for legal representation or Mr. Amin's and Mr. Al Kandari's understanding of Next Friend status, their relationship to Mr. Asoriya, or their desire to serve as Next Friends to Mr. Asoriya, I will endeavor to obtain that information from my clients.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of December, 2005, in Washington, D.C.

_____
Neil H. Koslowe