IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>        *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>        *Respondents/Defendants*. | Case No. 1:**05CV02452 (PLF)** |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioner, together with his Next Friend, by and through undersigned counsel, shall move for an order for the entry of the Amended Protective Orders as set forth in the accompanying Memorandum in Support of Petitioner's Motion.[1]

---

[1] This motion is properly referred to Magistrate Judge Alan Kay for consideration pursuant to the Order of the Calendar and Case Management Committee, Kessler, J., Chair (hereinafter "Kessler Order"), referring "all Motions pertaining to interpretation or construction of any protective order which has been entered in any of the [Guantanamo Bay *habeas*] cases" for resolution pursuant to LCvR 72.2(a), as well as "all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel." Kessler Order, Nov. 2, 2005.

DOCSNY.185512.1

Dated:   March 13, 2006

Respectfully submitted,

Counsel for Petitioner:

/s/  Frank C. Razzano

Frank C. Razzano (DC360173)
David L. Gunn (DC488761)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tine Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

DOCSNY.185512.1