AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Saleh Ali Abdullah Al Salami, et al.,

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   1:05-cv-02452

George W. Bush, et al.,

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John C. Snodgrass__ as counsel in this
(Attorney's Name)

case for: __Saleh Ali Abdullah Al Salami and Abdullah Al Sali Al Asoriya__
(Name of party or parties)

March 21, 2006
Date

_[signature]_
Signature

473864 (DC)
BAR IDENTIFICATION

John C. Snodgrass
Print Name

Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street NW
Address

Washington, DC 20037
City       State       Zip Code

(202) 785-9700
Phone Number