# EXHIBIT A

**McKnight, Reginald**

-----Original Message-----
From: Preeya.Noronha@usdoj.gov
Sent: Wed Feb 15 16:08:17 2006
Subject: RE: Alsaaei v. Bush, No. 05-CV-2369

Veronica,

We typically have not provided names of petitioners in response to informal requests by counsel in the Guantanamo habeas cases.  Please note that detainees at Guantanamo Bay have multiple aliases, and to provide you with an alternate name for the petitioner in this case would result in similar requests in other cases.  I am able to inform you that we have discovered that Mr. Alsaaei has another petition pending on his behalf, which was filed subsequent to your petition.  I am attaching that petition (Al Salami v. Bush, No. 05-2452 (PLF) - petitioner Abdullah Al Sali Al Asoriya) to this e-mail, and am copying counsel in that case, David Gunn.

Regards,
Preeya

Preeya M. Noronha
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7226
Washington, D.C. 20530
Tel: (202) 514-3338
Fax: (202) 616-8202
E-mail: preeya.noronha@usdoj.gov

1