# EXHIBIT B

UNCLASSIFIED/FOUO

### Summarized Sworn Detainee Statement

*The Tribunal President read the hearing instructions to the detainee. The detainee confirmed that he understood the process and had no questions.*

*The Recorder presented Exhibits R-1 thru R-3 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

Tribunal President: I see that you have requested one witness, ISN#243. By his silence, he has elected not to participate here today.

*The Detainee did take the Muslim oath.*

*The Personal Representative read the accusations to the detainee so that he could respond to the allegations. The allegations appear in italics, below.*

*3.a. The detainee is associated with al Qaida:*

*3.a.1. The detainee traveled from Saudi Arabia to Pakistan and the United Arab Emirates in September 2001.*

Detainee: I cannot recall the exact date.

*3.a.2. The detainee was arrested at a checkpoint in Pakistan.*

Detainee: True.

*3.a.3. The detainee was in possession of a large sum of money when captured.*

Detainee: Right.

*3.a.4. The detainee was arrested with another individual.*

Detainee: Yes, this is true.

*3.a.5. The individual was a fighter at Tora Bora.*

Detainee: Not true. You want me to say something about this? One of the Saudi Arabia embassy representatives met me in Pakistan. I showed them all the documents I had, which would tell them what I did thru the time I spent in Pakistan, like the bills from the hotel and the communications between my family and me. The stuff I had on me when they arrested me, I was going to sell them. They arrested me before the fight in Tora Bora.

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 1 of 9

002022

UNCLASSIFIED/FOUO

*3.a.6. This individual also attended paramilitary training camps.*

Detainee: That's not right.

*3.a.7. This individual was also the director of the Al Wafa organization in Herat.*

Detainee: I don't think so and I have reasons for that. This individual had a lot of money and he was looking for a charity organization, Saudi or others, to give it to them to help the poor people, Saudi charity organization or the Red Cross. If he had any relations with the Al Wafa organization he would not go and look for another organization to give the money to he would just give it to his organization. The other reason is he just came from Turkey. This is the second reason. The third reason is he never mentioned anything else, I was only with him for four days from the day I met him until the day they arrested me. He didn't say anything about being a member of the Al Wafa organization. That is the reason I have.

*3.a.8. Al Wafa is a non-governmental agency considered a terrorist organization.*

Detainee: I never heard about this name until I got here.

*3.a.9. The detainee met with a known al Qaida facilitator.*

Detainee: I met two people in Pakistan and I don't know if they were related to al Qaida or not, but if they were related to al Qaida they would have killed me because as I have stated before I didn't have a beard and I had a lot of dates with women. If they were members of al Qaida they hate these things because they are terrorist. They don't like people to have their own freedom to do such things. They would at least stop me from doing these things or kill me.

*3.a.10. The detainee may have attended a terrorist training camp.*

Detainee: Never

*3.a.11. The detainee received special training in Kabul.*

Detainee: Where is Kabul located?

Tribunal President: Kabul is a town in Afghanistan

Detainee: I have never been to Afghanistan. They have my passport and a representative from Saudi Arabia looked at my passport and there is nothing mentioned that I entered the borders. By the time I went to Pakistan until they arrested me it was a very short time. I could not have gone to Afghanistan to train there.

Tribunal President: Is there anything else you would like to tell us at this time?

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 2 of 9

002023

UNCLASSIFIED/FOUO

Detainee: Two members of the Saudi Arabia embassy in Pakistan met me with another guy named Ali Abbott(ph). He is the head of the intelligent service in Pakistan. They looked at my documents and they mentioned to me, you are okay there is nothing against you. On the twenty-seventh, twenty-eighth, or the twenty-ninth of one month we call Shawall(ph), it is after the Ramadan. I got a piece of paper from the court in Pakistan saying that I was an innocent man in the second or the third session of the court. That was the day before they transferred me to the American people. I hope the American government can find the proof in my stuff that they could not find. I am sure if you find my stuff and go thru it you will find out I don't have anything to do with these accusations you have against me. I am a businessman. I feel that I am in danger if I stay here or go back to Saudi Arabia. Not from the government, but from the people around me over there. What I meant by that is, a lot of detainees here around me think that I am a spy. They think that I am working with the Soviet and the Americans. They threaten to kill me if I stay here or go back. Since I have been here these three years the detainees curse me and threaten to kill me if I stay here or go back to Saudi Arabia. I hope if I am found innocent you will not send me back to Saudi Arabia. I will seek an asylum in another country like Sweden. I will be away from the Arabs. Sweden is so far from Saudi Arabia. That is my suggestion to keep my live.

Tribunal President: I can tell you that we make a determination on your enemy combatant status, but as to anything else, that will be worked out with the Department of State. We will however make a note of your concerns.

Detainee: God bless you.

Tribunal President: At this time we may have some questions for you. Would you be willing to answer some questions?

*The Personal Representative and the Recorder had no further questions for the detainee.*

Tribunal Members' questions

    Q. Can you tell us why you went to Pakistan?
    A. I mentioned this to the interrogator many times. I went there looking for artifacts like old coins and old books because it is cheap there. As a businessman I would go buy it and I would transfer it to Arabs inmerant(ph), Saudi Arabia, or to Europe.

    Q. Have you made trips in the past to Pakistan for that same reason?
    A. No, that was my first time.

    Q. About how much money did you have?
    A. In what currency do you want?

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 3 of 9

002024

UNCLASSIFIED/FOUO

Q. Dollars would be fine.
A. More than ninety thousand dollars.

Q. How did you happen to have that amount?
A. When I went to Pakistan, I had a little money to cover my expenses and to buy little stuff. After that I went to places in the North, which was North East Pakistan. I found out there was a lot of people that go and look for the stuff I want. They didn't know the value of the things they found and I bought it from them. I found a mummy. I bought one. I was planning to send it to Europe. I put it on the Internet. I had the help of a Pakistani translator; he did this for me on the Internet. I sold it to a French man. I had two, one big one small. I bought two of them. I sold them two days after I bought them. Most of that money came out of the sell of the two mummies and the rest was mine.

Q. Is there anyway the investigators could be able to find documentation of that sell? For example you mentioned EBay. Do you know the website that you used?
A. If you can find that Pakistani guy I'm talking about you would definitely get all the information you want.

Q. What was you occupation before you started trading in commodities?
A. After I left when I quit my education. I dealt with Arabian horses, used cars and perfumes. In Saudi Arabia we have free trade.

Q. What is your education level?
A. High School.

Q. As far as finding that Pakistanian guy, do you have his name?
A. His name is in Urdu. I cannot remember his name. If it was in Arabic I could have memorized it but it is Urdu.

Q. Did you ever remember it? For example were you ever asked about it? You said you were asked several times by the interrogators the reason why you were in Pakistan. Did you ever tell them his name?
A. I never mentioned that to them. They didn't asked about it.

Q. How old are you?
A. Twenty-four.

Q. Do you speak or understand English?
A. A little.

Q. Your family, is it wealthy, poor, large or small?
A. Wealthy.

Q. What did they do?
A. My dad is in the real estate business and camels.

UNCLASSIFIED/FOUO

UNCLASSIFIED/FOUO

Q. You said you never attended training camps, but do you have any military training?
A. No.

Q. Have you ever handled any weapons like bombs, explosives, guns, ordinance etc?
A. In the tribe I belong to they have all of those things, but I am scared to be close to them. When they have ceremonies they shoot in the air and I hate that.

Q. For the record are you a member of the al Qaida?
A. No.

Q. Do you belong to Al Wafa?
A. No.

Q. You mentioned that al Qaida dislikes people who don't have beards. Why do you have a beard now?
A. To prove to the detainees around me that I'm one of them and I am worshiping God. I don't have anything to do with when I was young going around doing things they don't like. I asked many times to the interrogators to put me some place where I don't have to see them. I want to get rid of this fear.

Q. I'm trying to understand. You said that when you were arrested in Pakistan, it was your first time there and that you were only there three to four days?
A. Those three four days was just when I met the other guy.

Q. How long were you in Pakistan before you were arrested?
A. I use to have notes. As I said before I don't know the exact time when I entered into Pakistan. I can't recall how many days I spent there in Pakistan. If you have the invoices and slips from the hotel you could tell how many I was there.

Q. The individual that you met how did you meet him?
A. I met him in Islamic (inaudible) to King Fasal mosque. I was lost. I didn't know how to get back to my hotel. The places look the same. I don't know the names. I went to him to see if he could help me. He asked me, what do you need? I asked him if he could tell me how to get back to my hotel or to go back to Saudi Arabia. The reason I wanted to go back to Saudi Arabia was because I thought I was never going to get to the hotel to get my own money. I asked him if he could help me and give me some money as a loan just to get back to Saudi Arabia, as a loan.

Q. You had ninety thousand dollars when you were captured. Why did you need a loan to get home?
A. It wasn't on me at that time. It was at the hotel, which I didn't know how to get back to.

Q. The ninety thousand dollars was lost then. You were separated from your money?

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 5 of 9

002026

UNCLASSIFIED/FOUO

A. I thought maybe I lost it because maybe I wasn't going to get back to the hotel.

Q. Was the money in a safe or in your room?
A. In a samsonite handbag. The bank note was small.

Q. When you travel to Pakistan, how did you get there?
A. I went by airplane to Saudi Arabia to Pakistan.

Tribunal President's questions.

Q. This gentlemen that you met on the street. Why did he stay with you?
A. We both had a lot of money and we wanted to be together to protect each other because there are a lot of thieves. He said stay with me until I give the money to a charity organization.

Q. That was the first time you had ever met this individual correct?
A. Yes.

Q. Maybe you didn't understand, but in the unclassified he had attended paramilitary training camps. Would you have known that? Did you talk about that sort of thing?
A. I could not tell if he had had any training. He was with me in the car and I'm driving. I had a laptop. There was a movie, I didn't ask what kind of movie. He said that he didn't care about it. I'm sorry to tell you that some of those movies were adult's movies. If he were a fanatic(ph) or a terrorist, he would have let me know to turn it off because he doesn't want to see it.

Q. You had made assumptions about him, but you didn't know the particulars about him? You didn't know in-depth information about him?
A. Yes you are right.

Q. Can you tell me what happen when you were arrested? How did that happen?
A. I was coming from Karachi going to Quetta(ph). A Pakistani individual told me, if you are looking for any charitable organization they are in Quetta. We were looking for them and it was nighttime. We entered into the suburbs of Quetta. There was a driver and his helper with us. They made one turned and they said those are the needy people. This was in the very suburbs of Quetta. We were scared to get out because maybe they would take all of the money. We ask the driver to get back. I told the driver we have decided to give it to one organization not to individuals. It is safer and less hassle if we go and look for an organization to give them the money and get a receipt from them and they can go and do whatever they want with the money. When we went back we pass the same checkpoint. That was just ten minutes ago. When we tried to go thru the checkpoint they arrested us.

UNCLASSIFIED/FOUO

UNCLASSIFIED/FOUO

Q. What reason did they give you for arresting you?
A. They said that you are Arabs. Even when I talked to one of them in English, he said there is nothing against us, but he asked for five thousand dollars. He said that the United States will buy you for ten thousand dollars, five thousand dollars per person. At that time I don't blame the United States because of what had happened at that time, it was a disaster. I thought I would only be detained for days but it looks like it has been a while.

Q. Would you normally carry around that much money? Wouldn't you use a bank?
A. That was the cash money that I got from the French man I sold the mummies to. My plan was to transfer this money to Saudi Arabia. I went to the bank to exchange it from dollars to Kuwaiti because the bank notes are smaller.

Q. If you were going to return to Saudi Arabia. Wouldn't they question you for entering the country with that amount of money?
A. Not the amount because the size of it was little. They would never ask, if it was with me. My plan was to transfer the money to Saudi Arabia. I was thinking about depositing this money in a visa card.

Q. If you had not been arrested what were plans? Were you staying in Pakistan or were you going somewhere else?
A. I was planning to go back to Saudi Arabia because it was only nine days before Eid(ph)

Q. Was your family expecting you to return?
A. Yes and there were a lot of gifts for them.

Q. Did they contact the Pakistani government to find out what happen to you when you didn't return?
A. I always call my family, but the last time was when a representative from the Saudi Arabia embassy in Pakistan said to me in three days you will be free. I called my family and told them that in three days I will be in Saudi Arabia.

Q. The last time you talked to your family you were in jail?
A. I was in the Red Crescent before they transferred me to prison. We were under Saudi Arabia embassy custody. The Pakistani's wanted us to be in prison but Saudi Arabia said that there is nothing against them so let them go.

Q. When you were arrested did they put you in a Pakistan jail?
A. After I met with Saudi Arabia or before?

Q. When you were arrested at the checkpoint?
A. They took me to the Pakistani intelligence building, not a prison. We stayed there for five days, in that building. Then they took us to General Hospital. We went on a hunger strike where we didn't eat for five days. I spent one night in General Hospital. The Saudi embassy representative came and took me to the Saudi

UNCLASSIFIED/FOUO

UNCLASSIFIED/FOUO

Arabia Red Crescent. I stayed in the Red Crescent for eight days and then they took me to the Pakistani prison. The Saudi Arabia embassy representative apologized. He said we couldn't do anything. The United States wants you. They the United States is bigger than Saudi Arabia so your will be going with the Americans. They assured us that we would be free in a very short time.

Q. What happened to your money when you were arrested?
A. The money, books and all of my stuff was signed for on a piece of paper by the head of Pakistani Intelligence Service, his name is Ali Abbott(ph), a representative from Saudi Arabia embassy and a representative from the court I went thru in Pakistan. They signed that piece of paper saying that all these things belong to me. When they took me to the prison they brought all of my stuff with that piece of paper to the prison. This is one of the last two times I saw my stuff, at this time when I am talking to you when they transferred me to you and the other time when the American interrogators sat with me. I signed the paper by my fingerprint when I met the Americans for the first time. They showed me what I had and everything was there. That piece of paper was in Arabic language. There was another piece of paper in another language but I don't know what was on that paper.

Q. Basically they had you verify that these belongings actually belonged to you?
A. Yes ma'am.

Tribunal Members' questions continues

Q. One area that confused me and that's your willingness to leave your money in your hotel by going to Saudi Arabia. That didn't make sense to me and I wanted to see if you wanted to explain that?
A. My plan was not to leave the money there. When I met the other individual I was seeking his help to go get the money and to be with him because that was a lot of money. I was trying to explain that but I didn't want to cut off his question.

Translator: Can I say something here? I don't why he only said it once, but he mentioned that when he got lost he thought he was not going to see that money again, that is what he said.

Detainee: I explained everything with my Personal Representative. I wish you a long life. There is something I want to say but I am to shy to say it.

Tribunal President: This is your only opportunity.

Detainee: If you send me back or stay here. I want to stay because I'm guilty not because I'm innocent. I am worried about the people around me always telling me that I'm a spy. If you send me back to Saudi Arabia people will say that you collaborated with the Americans that is why they let you go.

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 8 of 9

002029

UNCLASSIFIED/FOUO

Tribunal President: We will take that into consideration and we will certainly note it in the record that you have these concerns.

Detainee: God bless you for what you said. If I go back because I'm innocent I don't think I will survive.

*The Tribunal President confirms that the detainee had no further evidence or witnesses to present to the Tribunal.*

*The Tribunal President explains the remainder of the Tribunal process to the detainee and adjourns the Tribunal.*

### AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Tribunal President

UNCLASSIFIED/FOUO

ISN#340
Enclosure (3)
Page 9 of 9

002029 A