# EXHIBIT C

**McKnight, Reginald**

| | |
|---|---|
| **From:** | McKnight, Reginald |
| **Sent:** | Thursday, March 16, 2006 2:52 PM |
| **To:** | 'Preeya.Noronha@usdoj.gov' |
| **Cc:** | Razzano, Frank; Matthews, Johnisha; Snodgrass, John |

Preeya,

We are writing in response to your email dated February 15, 2006 (see below), in which you asserted that attorneys at Simpson Thacher and Dickstein have filed a habeas petition on behalf of the same detainee at Guantánamo. As you are aware, Simpson Thacher filed a petition on December 12, 2005 on behalf of an individual named Abdullah Ali Saleh Jarab Alsaaei (whose last name has been subsequently determined to be Alsaiari) (Alsaaei v. Bush, No. 05-CV-2369), and Dickstein Shapiro filed a petition on December 28, 2005 on behalf of an individual named Abdullah Al Sali Al-Asoriya (Al Salami v. Bush, No. 05-2452).

Based on a thorough investigation of all evidence now available to us, however, we are unable to confirm your assertion. Indeed, to the contrary, the documents recently released by the Department of Defense give us reason to believe that our firms represent two distinct individuals. We therefore write to request that you provide us with the information upon which you have relied in asserting that the petitions are duplicative. Specifically, we request information proving that the names on both petitions can be connected to the same unique ISN (including any aliases, physical characteristics, and other identifying data you can provide that demonstrates that the two petitioners are the same person). If you are not able or willing to provide such information, we will move forward with our representation of Mr. Al-Asoriya.

Regards,

Reggie
Reginald B. McKnight
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW, Washington, DC 20037
Tel 202-572-2735 - Fax 202-887-0689
McKnightR@dsmo.com


-----Original Message-----
From: Preeya.Noronha@usdoj.gov
Sent: Wed Feb 15 16:08:17 2006
Subject: RE: Alsaaei v. Bush, No. 05-CV-2369


Veronica,

We typically have not provided names of petitioners in response to informal requests by counsel in the Guantanamo habeas cases. Please note that detainees at Guantanamo Bay have multiple aliases, and to provide you with an alternate name for the petitioner in this case would result in similar requests in other cases. I am able to inform you that we have discovered that Mr. Alsaaei has another petition pending on his behalf, which was filed subsequent to your petition. I am attaching that petition (Al Salami v. Bush, No. 05-2452 (PLF) - petitioner Abdullah Al Sali Al Asoriya) to this e-mail, and am copying counsel in that case, David Gunn.

Regards,
Preeya

Preeya M. Noronha
Trial Attorney
United States Department of Justice

1

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7226
Washington, D.C. 20530
Tel: (202) 514-3338
Fax: (202) 616-8202
E-mail: preeya.noronha@usdoj.gov