# EXHIBIT D

# McKnight, Reginald

-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Thursday, November 17, 2005 6:25 PM
Subject: Al-Mothafri v. Bush; Alhag v. Bush

Dear Counsel:

Please be advised that respondents have been unable to confirm the identities of petitioners in Al-Mothafri v. Bush and Alhag v. Bush as detainees at Guantanamo Bay. Accordingly, please provide us any mail from these petitioners (e.g., ICRC or military mail) indicating that they are presently detained at Guantanamo or that would indicate an ISN or "GUAN" number on the correspondence. Alternatively, we suggest that the next friends to these petitioners provide you with physical descriptions, birthdates, any unique identifying information about petitioners, or the basis for their belief that these petitioners are presently detained at Guantanamo. Please note that it is possible that Mr. Al-Mothafri may already have a petition filed on his behalf in Al-Mudafari v. Bush, No. 05-CV-2185 (JR). I am attaching the petition in that case and copying his counsel, Jennifer Argabright, on this e-mail. Thank you.

Sincerely,
Preeya Noronha

Preeya M. Noronha
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7226
Washington, D.C. 20530
Tel: (202) 514-3338
Fax: (202) 616-8202
E-mail: preeya.noronha@usdoj.gov