# EXHIBIT E

**McKnight, Reginald**

```
-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Thursday, February 09, 2006 4:33 PM
Subject: RE:

David:

Based on this information, DoD has identified petitioner Alhag as a detainee at Guantanamo
Bay.

Regards,
Preeya Noronha

-----Original Message-----
From: GunnD@dsmo.com [mailto:GunnD@dsmo.com]
Sent: Monday, February 06, 2006 3:35 PM
To: Noronha, Preeya (CIV)
Subject: FW:

> Please find attached a pdf copy of correspondence from our client Abd
> Al Hakim Ghalib Ahmad Alhag.  You will also find his picture in the
> materials.  These papers should satisfy your demand that we better
> identify Alhag for you.  Please contact me as soon as possible
> regarding your attempt to confirm Alhag as a detainee at Guantanamo
> Bay in light of these materials.
>
> Sincerely,
>
> David Gunn, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> (202) 572-2709
>
>
```

1