IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## PETITONERS' MOTION REQUESTING ORAL ARGUMENT

Pursuant to L.R. 7(f), Petitioners respectfully request that the Court hear oral argument on Petitioners' Motion for Entry of the Protective Order. In support hereof, Petitioners submit the following:

1. Oral argument is necessary in this matter to help resolve and clarify issues relating to the Petitioners' right to counsel access in light of the Detainee Treatment Act of 2005.

2. Additionally, oral argument is necessary in this matter to help resolve unique issues relating to the identity of Petitioner Al Asoriya and the information relied on by Respondents in asserting that counsel for Petitioner filed a duplicative petition, and to afford the parties an opportunity to address questions or issues that may be raised by the Court.

3. Petitioners' counsel believes that 15 minutes per side will be adequate to present the issues, unless the Court believes that more time is needed to address any questions it may raise.

WHEREFORE, Petitioners pray that the Court schedule their motion for oral argument.

Dated: April 6, 2006

Respectfully submitted,

/s/ Frank C. Razzano
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
Johnisha Matthews (DC492478)
John C. Snodgrass (DC473864)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street N.W.
Washington, D.C. 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

> **Terry M. Henry, Esq.**
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530
> and
> **Andrew I. Warden**
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530

On this the 6th day of April, 2006.

/s/ Reginald B. McKnight
Reginald B. McKnight