IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*, <br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents/Defendants*. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-2452 (PLF) |

## **PROPOSED ORDER**

The Court, having considered Petitioners' Motion Requesting Oral Argument,

IT IS HEREBY ORDERED that the Motion is granted.

Dated: _____

_____

United States District Judge