IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Pursuant to paragraph 18 of the Amended Protected Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba first issued on November 8, 2004 in the In re Guantánamo Bay Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green and entered in the above captioned case by the Court on March 13, 2006, counsel for petitioners hereby file an executed copy of the attached "Memorandum of Understanding Regarding Access to Classified National Security Information."

DSMDB.2083859.1

Dated: May 9, 2006                                  Respectfully submitted,

/s/ John C. Snodgrass_____
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street N.W.
Washington, D.C. 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this 9th day of May, 2006

/s/ John C. Snodgrass
John C. Snodgrass