IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents/Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2452 (PLF) |

**PROPOSED ORDER**

The Court, having considered Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioners and the Court with Notice 30 Days in Advance of Any Intended Removal of Petitioners from Guantánamo,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondents shall not remove Petitioners from Guantánamo without providing the Court and counsel notice 30 days in advance of such transfer.

Dated: _____

_____
United States District Judge

DSMDB.2084117.1