## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SALAH ALI ABDULLAH AHMED
AL SALAMI, et al.,

               Petitioner,

      v.

GEORGE W. BUSH, et al.,

               Respondents.

Civil Action No. 05-2452 (PLF)

### NOTICE

COME NOW Respondents, by and through their undersigned counsel, and hereby notify

the Court, as they have petitioner's counsel, that Guantanamo Bay detainee and petitioner Saleh

Ali Abdullah Al Salami (ISN 693) is now deceased as a result of apparent suicide.

Dated: June 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

_____/s/ Terry M. Henry_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents