# EXHIBIT B

```
-----Original Message-----
From: Preeya.Noronha@usdoj.gov
Sent: Fri Dec 30 13:45:44 2005
Subject: Al Salami v. Bush, No. 05-CV-2452 (PLF)
```

Dear Counsel:

Please be advised that respondents have been unable to confirm the identity of petitioner Saleh Ali Badullah Al Salami in Al Salami v. Bush as a detainee at Guantanamo Bay. Accordingly, please provide us any mail from this petitioner (e.g., ICRC or military mail) indicating that he is presently detained at Guantanamo or that would indicate an ISN or "GUAN" number on the correspondence. In addition, physical descriptions, birthdates, or any unique identifying information about this petitioner would also assist us in identifying him as a detainee at Guantanamo Bay. Thank you. Happy New Year.

Sincerely,
Preeya Noronha

Preeya M. Noronha
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7226
Washington, D.C. 20530
Tel: (202) 514-3338
Fax: (202) 616-8202
E-mail: preeya.noronha@usdoj.gov