# EXHIBIT C

```
From: MadbakH@dsmo.com [mailto:MadbakH@dsmo.com]
Sent: Wednesday, February 15, 2006 4:15 PM
To: Noronha, Preeya (CIV)
Cc: McKnightR@dsmo.com; RazzanoF@dsmo.com; GunnD@dsmo.com; LevineJ@dsmo.com
Subject: RE: Al Salami v. Bush, No. 05-CV-2452 (PLF)
```

Dear Preeya,

Thank you for your email on December 30, 2005, indicating that the Department of Justice was not able to identify the petitioner in Al Salami v. Bush, No. 05-CV-2452.

We were informed by a Yemeni organization who is in touch with the petitioner's father that the petitioner's full name is: Salah Ali Abdullah Ahmed Al Salami. He is 26 years old, married with no children, and was born in the Taiz, Yemen. His father resides in Aden, Yemen.

Salah's father also provided us with a copy of a letter (attached) sent by his son from Camp Delta in September 2003. As you can see on the envelop, Salah is identified as "Akhmad Ali Abdullah," Detainee JJJFIC in Camp Delta.

Please let us know if you have enough information to identify the petitioner in Al Salami v. Bush, No. 05-CV-2452.

Thank you.

Hanna Madbak, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036
Phone: (212) 835-1472
Fax: (212) 997-9880
email: madbakh@dsmo.com