# EXHIBIT D

**McKnight, Reginald**

| | |
|---|---|
| **From:** | Preeya.Noronha@usdoj.gov |
| **Sent:** | Monday, February 27, 2006 7:42 PM |
| **Subject:** | RE: Al Salami v. Bush, No. 05-CV-2452 (PLF) |

Dear Hanna,

Based on the information that you have provided, DoD has been able to identify petitioner Al Salami as a detainee at Guantanamo Bay.

Regards,
Preeya