# EXHIBIT E

```
From: <Terry.Henry@usdoj.gov>
Date: Sat, 10 Jun 2006 16:28:19
To:<bjo@ccr-ny.org>
Cc:<jmason@paulweiss.com>,<jeffdavis@mvalaw.com>,<ggutierrez@ccr-ny.org>
Subject: GTMO
```

Barbara,

Would you be so kind to post the following on your listserv for habeas counsel or otherwise forward the following to habeas counsel? I have also cc'd two counsel who have sent separate inquiries to us. Thanks.

Dear Counsel:

The Department of Defense issued a press release earlier today explaining that three Guantanamo detainees in Camp 1 died last night as a result of apparent suicide. This is to inform you that only one of the three detainees was identified as possibly being a habeas petitioner, but counsel in that case informed us previously that the identification was not correct and he did not represent the detainee, even though the detainee's name closely matches the name in the petition he filed as counsel. The military commission proceedings scheduled to begin next week will be postponed until further notice.

Sincerely,

Terry Henry

1