# EXHIBIT F

**McKnight, Reginald**

-----Original Message-----
From: Terry.Henry@usdoj.gov [mailto:Terry.Henry@usdoj.gov]
Sent: Monday, June 12, 2006 1:38 PM
Subject: GTMO Suicides

Dear Barbara:

My previous e-mail to you over the weekend informed you, based on information supplied to me, that only one of the three detainees who died as a result of apparent suicide this weekend was a possible habeas petitioner. In fact, two of the detainees were associated with habeas cases. The two detainees are:

(1) Mani Shaman Turki al-Habardi Al-Utaybi (ISN 588), case: Al Harbi v. Bush, 05-CV-1857. This is the Saudi individual referred to in my prior e-mail to you with respect to whom counsel had informed us previously that the identification was not correct and he (Mr. Daly) did not represent the detainee. We previously identified this detainee as petitiioner because the detainee's name closely matches the name in the filings by counsel ("Mane Shaman Al-Habardi");

(2) Saleh Ali Abdullah Al Salami (ISN 693), case: Al Salami v. Bush, 05-CV-2452. This individual is of Yemeni nationality.

I sincerely regret the inadvertent error contained in my prior e-mail to you. We will be filing later today notices informing the Court of these regrettable deaths. Also, I am cc'ing counsel for the two detainees on this e-mail. Again, my regrets for the prior erroneous information. Thanks.

Sincerely,

Terry M. Henry

Senior Trial Counsel

Civil Division, Federal Programs Branch

U.S. Department of Justice

Tel. 202.514.4107


The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.