# EXHIBIT G



Iraq detainee abus.                                                                  Page 1

b6 -1
b7C -1

## URGENT REPORT

DATE:       JUNE 25, 2004

TO:         THE DIRECTOR

CC:         Deputy Director Bruce J. Gebhardt
            EAD Cassandra Chandler
            EAD John Pistole
            AD Grant Ashley
            AD Gary Bald
            SC Arthur Cummings

b6 -1       UC
b7C -1      SSA
            CT Watch
            SIOC

FROM:       SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard      b2 -1
                                             (Main Office)
                                                           b2 -1
PREPARER OF URGENT REPORT:     SSA                         b6 -1
                                                           b7C -1

b7A -1   PURPOSE:  THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3    AN INDIVIDUAL
b7C -3          WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7C -3   IN         IRAQ DURING THE PERIOD OF            IT IS BEING
b7D -1   FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT:  PRELIMINARY STATEMENTS MADE BY
b6 -1,3              TO SACRAMENTO SPECIAL AGENTS
b7C -1,3  AND
b7D -1

         DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

                               was advised that the Sacramento Field Office
         was not aware of any such report.

                                      DETAINEES-1609

                                                     1609
                                                     4910



Iraqi detainee abuses                                                              Page 2

b6 -1
b7C -1

## URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

came into the Sacramento Field Office and provided the following:

b7A -1
b6 -3,4
b7C -3,4
b7D -1

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in                    Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations.

b7A -1
b6 -3,4
b7C -3,4
b7D -1

was providing this information to the FBI based on his knowledge that                    were engaged in a cover-up of these abuses.  He stated these cover-up efforts included

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911



Iraqi detainee abuses

Page 3

b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

DETAINEES-1611

1611

4912