# EXHIBIT J

Print - Go Back



http://www.cageprisoners.com/articles.php?id=14508

## Cageprisoners: Released Detainees Refute US Guantanamo Suicide Cover Up

14/06/2006

**CAGE PRISONERS**

**PRESS RELEASE: Tuesday 13th June 2006**

London – Former Guantanamo detainees, including the 9 British nationals released from the camp, have poured scorn that the three deaths at Guantanamo were suicides and claim that they are almost certainly accidental killings caused force used by US guards there.

Moazzam Begg, in a statement on behalf of all the freed British detainees elucidates that the camp's regime is design dehumanise detainees and to make them bereft of hope and believe they have no rights – framing and encouraging s them – and suggesting imaginative ways to do so.

Tarek Dergoul, who spent significant time with two of the deceased, provides the first in depth insight into their time He describes both Manei al-Otaibi and Yasser al-Zahrani as having indefatigable spirits, never once discussing or cont suicide, and being the foremost in their lack of cooperation with their captors and long term committed hunger strike to be punished by frequent reprisals and beatings by guards. That it was camp policy to systematically beat incomplia Tarek says, makes it hardly surprisingly that such vicious attacks could result in death.

He further elaborates that in Camp One, where he was also held – it would have been physically impossible for them committed suicide successfully.

Abdullah Alnoami a former detainee from Bahrain substantiates this accusation, exposing the true nature what was p believed to be the most oft-quoted suicide attempt at the base, of a Saudi detainee in December 2002. Following an Mishal Al Harbi was left in a coma and permanently paralysed and restricted to a wheelchair for life.

Dr. Adnan Siddiqui of Cageprisoners said "It is clear that the US administrations claim that these deaths were suicide up close scrutiny and we call on the US administration to allow a full and independent inquiry to debunk the cover up these deaths were suicide and not murder."

Statement on the Deaths in Guantánamo Bay
By Joint Former British Detainees

Another Guantanamo Whitewash
Statement by Tarek Dergoul

Statement by Abdullah Alnoaimi

---

*Cage Prisoners is a human rights organisation that exists solely to raise awareness of the plight of the prisoners at Gu and other detainees held as part of the War on Terror. We aim to give a voice to the voiceless.*

Contact: Asim Qureshi: