IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALAH ALI ABDULLAH AHMED AL SALAMI,** *et al.*, <br>     *Petitioners/Plaintiffs*, <br><br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br>     *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## **PROPOSED ORDER**

The Court, having considered Petitioners' Emergency Motion For Preservation Order And Points And Authorities In Support Thereof,

IT IS HEREBY ORDERED that the Motion is granted and Respondents are accordingly ordered to (1) produce to the Court official documentation of Al Salami's death; and (2) preserve and maintain all evidence relating to his death, his detention, the reasons for his detention, any interrogations of him, his treatment and potential mistreatment, along with any and all other evidence sufficient to test the veracity of any official documentation of death produced by Respondents.

Dated: _____

                                                                                                                 _____

                                                                                     United States District Judge