IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>　　*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>　　*Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

**CERTIFICATE OF SERVICE EMERGENCY MOTION FOR PRESERVATION ORDER AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this 19th day of June, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Reginald B. McKnight
　　　　　　　　　　　　　　　　　　　　　　　　　Reginald B. McKnight