IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE CLERK OF THE COURT:

    Please note that the law firm representing Petitioners is changing its name and moving to a new physical address on July 5, 2006. Effective that date, the new name, address and telephone number will be:

        Dickstein Shapiro LLP
        1825 Eye Street NW
        Washington, DC  20006

        Telephone:  (202) 420-2200
        Fax:  (202) 420-2201

Please change your records accordingly.

2102832.01

Dated:   June 26, 2006                              Respectfully submitted,

/s/
David L. Engelhardt (DC429886)
Johnisha Matthews (DC492478)
John C. Snodgrass (DC473864)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
   & OSHINSKY, LLP
2101 L Street NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

2

2102832.01

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26st of June 2006, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS to be served via electronic mail on the parties listed below:

      Terry M. Henry, Esq.
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 6120
      Washington, DC 20530

      Andrew I. Warden
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 6120
      Washington, DC 20530

                                                                                         _____
                                                                                                 John C. Snodgrass

2102832.01