

AMERICAN FORCES INFORMATION SERVICE
**NEWS ARTICLES**

**Three Guantanamo Bay Detainees Die of Apparent Suicide**

By Sgt. Sara Wood, USA
American Forces Press Service

WASHINGTON, June 10, 2006 – Three detainees at U.S. Naval Station Guantanamo Bay, Cuba, died of apparent suicides early this morning, military officials reported today.

Two Saudis and one Yemeni, all located in Camp 1 of the detention center, were found unresponsive and not breathing in their cells, Navy Rear Adm. Harry B. Harris, commander of Joint Task Force Guantanamo, said in a news conference. The first detainee was found shortly after midnight, and the other detainees were found within minutes, Harris said.

Medical teams responded quickly and all three detainees were provided immediate emergency medical treatment in attempts to revive them, Harris said. The three detainees were pronounced dead by a physician after all lifesaving measures had been exhausted, he said.

Harris, who arrived on the scene shortly after the detainees were pronounced dead, said the guard force and medical personnel acted in a professional manner and did everything they could to save the detainees' lives.

"I could see on the faces of the doctors, nurses and corpsmen that they were mourning the loss of a patient," Harris said. "They did exactly what they were trained to do."

The names of the deceased are not being released pending an investigation, said Army Gen. Bantz J. Craddock, commander of U.S. Southern Command. The U.S. State Department is in ongoing discussions with the governments of Saudi Arabia and Yemen in regards to the handling of the detainees' remains and notification of next of kin, he said.

A cultural advisor is assisting Joint Task Force Guantanamo to ensure that the remains are handled in an appropriate cultural and religious manner, Harris said. The bodies will not be buried within 24 hours, as per normal Islamic law, because autopsies must be performed, he said, but Joint Task Force Guantanamo has a religious fatwah, or law, from a reputable imam allowing for delays when the cause of death is uncertain.

The U.S. Naval Criminal Investigative Service has initiated an independent investigation to determine the cause and manner of death, Craddock said.

The detainees appear to have hanged themselves with nooses made from clothing and bed sheets, Harris said. The three detainees' cells were on the same cell block and were near each other, but not next to each other, he said.

Harris said the joint suicides were clearly planned by the detainees as a way to advance their cause in the war on terror.