IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS'
OPPOSITION TO PETITIONERS' MOTION FOR PRESERVATION ORDER

Petitioners respectfully request an extension of time until July 26, 2006 to reply to Respondents' Opposition to Petitioners' Motion for Preservation Order, which was filed with the Court on June 29, 2006. Respondents' counsel has consented to the requested extension.


Dated: July 12, 2006

Respectfully submitted,

/s/ John C. Snodgrass_____
David L. Engelhardt (DC429886)
Frank C. Razzano (DC360173)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Fax:  (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Case 1:05-cv-02452-UNA    Document 23    Filed 07/12/2006    Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by electronic mail on the following persons:

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

on this 12th day of July 2006.

/s/ John C. Snodgrass
John C. Snodgrass

DSMDB-2112530v02