IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*, <br>     *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>     *Respondents/Defendants*. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-2452 (PLF) |

[PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF

IT IS HEREBY ORDERED that Petitioners' Consent Motion for Extension of Time to File Reply to Respondents' Opposition to Petitioners' Motion for Preservation Order is GRANTED. The deadline for Petitioners to reply to Respondents' Opposition to Petitioners' Motion for Preservation Order is extended to July 26, 2006.

Dated: _____

 

_____
Paul L. Friedman
United States District Judge
District of Columbia

2112519.02