CLEARED BY COURT SECURITY OFFICER
FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*, <br>    *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING

Petitioners respectfully request an extension of time until July 26, 2006 to reply to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing, which was filed with the Court on July 7, 2006.  Respondents' counsel has consented to the requested extension.

Dated: July 21, 2006

Respectfully submitted,

/s/ John C. Snodgrass
David L. Engelhardt (DC429886)
Frank C. Razzano (DC360173)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Fax:  (202) 420-2201

DSMDB-2117615v01

*CLEARED BY COURT SECURITY OFFICER*
*FOR PUBLIC FILING*

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*CLEARED BY COURT SECURITY OFFICER*
*FOR PUBLIC FILING*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by electronic filing on the following persons:

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

on this 21st day of July 2006.

/s/ John C. Snodgrass
John C. Snodgrass

DSMDB-2117615v01