IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*, <br>     *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>     *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

[PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION

IT IS HEREBY ORDERED that Petitioners' Consent Motion for Extension of Time to File Opposition to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing is GRANTED. The deadline for Petitioners to file their Opposition thereto is extended to July 26, 2006.

Dated: _____

_____
Paul L. Friedman
United States District Judge
District of Columbia

2117617.01