# EXHIBIT 2

## McKnight, Reginald

**From:** Terry.Henry@usdoj.gov
**Sent:** Friday, July 21, 2006 7:56 PM
**Subject:** RE: Notice of Withdrawal of Respondents' Motion for Procedures Related to Review of Certain Detainee Materials

Reggie,

As discussed earlier today, as to the Al Salami case, attorney-client materials were not impounded with respect to Mr. Al Salami, so our July 7, 2006 motion does not pertain to him. Further, materials which may include attorney-client materials were impounded with respect to deetainee ISN 340. As you know, we have identified petitioner Al Asoriya in the Al Salami case as detainee ISN 340, who also has a case pending under the caption, Alsaaei v. Bush. Since materials were impounded with respect to ISN 340, we were uncomfortable formally withdrawing our motion with respect to him given our identification of him as petitioner Al Asoriya and the fact that the materials impounded with respect to him may include attorney-client materials from counsel in the Alsaaei case.

Regards,

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel. 202.514.4107

The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.

-----Original Message-----
From: McKnightR@dicksteinshapiro.com [mailto:McKnightR@dicksteinshapiro.com]
Sent: Thursday, July 20, 2006 9:45 PM
To: Henry, Terry (CIV)
Cc: EngelhardtD@dicksteinshapiro.com; SnodgrassJ@dicksteinshapiro.com; KaasL@dicksteinshapiro.com; MatthewsJ@dicksteinshapiro.com
Subject: Notice of Withdrawal of Respondents' Motion for Procedures Related to Review of Certain Detainee Materials

Terry,

During our conversation today, you were fairly certain that respondents would be filing a notice of withdrawal of Respondents' Motion for Procedures Related to Review of Certain Detainee Materials as to Mr. Al Salami (05-cv-2452). As you know, such a notice was filed in numerous cases this afternoon. As far as we know, the notice has not been filed in Mr. Al Salami's case. Please confirm whether or not you will be filing the notice of withdrawal in Salah Ali Abdullah Ahmed Al Salami - 05-cv-2452 (PLF) or either of the cases listed below.

Abd al Ghalib Ahmad Alhag - 05-cv-2199 (HHK)

Khald Al Barkati - 05-cv-2386 (RBW)

Thanks for your assistance.

Regards,

Reggie

1