IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>　　*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>　　*Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## **[PROPOSED] ORDER**

Having considered Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing and Petitioners' Motion for Imposition of Sanctions and Interim Deposit with Court of Confiscated Materials and the accompanying memorandum of points and authorities in support thereof, it is hereby

ORDERED, that the Government's motion is DENIED and Petitioner's motion is GRANTED; and it is further

ORDERED, that Respondents shall show cause by July 31, 2006 why they should not be held in contempt and sanctioned for seizing and reviewing Petitioners' legal papers without notice to and approval by the Court and without notice to counsel, and for failing to report such actions to the Court and counsel until nearly a month after the fact; and it is further

ORDERED, that in answering the Order to Show Cause, Respondents shall describe in detail all communications between any agency of the Department of Defense and any agency of the Department of Justice regarding the seizure and review of Petitioner's legal papers; and it is further

ORDERED, that Respondents shall deposit in the registry of the Court, within one week, all materials confiscated from Petitioners by the Naval Criminal Investigative Service, where the material shall remain until further notice; and shall destroy, and certify that they have destroyed, all copies, summaries, descriptions, or analyses of such papers; and neither seize nor review any other legal papers of Petitioners; and it is further

ORDERED, that the Government provide information, under oath, by a witness possessing personal knowledge of the handling of the privileged materials, including who has read the materials, what if any analyses has been made of the materials, what if any further dissemination has been made and to whom, by July 31, 2006, in order that counsel and the Court can assess the need for further measures.

_____
United States District Judge