IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI,<br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## NOTICE OF FILING WITH COURT SECURITY OFFICER

Pursuant to paragraph 46 of the Amended Protected Order and Judge Joyce Hens Green's December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, entered in the above captioned case, counsel for Petitioner Al Salami hereby notify the Court that a filing in this case has been delivered to the Court Security Officer. The attached submission briefly describes in general terms the nature of Petitioner's filing.

Dated:   July 26, 2006

Respectfully submitted,

/s/ John C. Snodgrass
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006
Telephone:  (202) 420-2200
Fax:  (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)

2119666.01

Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

>Terry M. Henry, Esq.
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 6120
>Washington, DC 20530
>
>Andrew I. Warden
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 6120
>Washington, DC 20530

On this 26th day of July, 2006

/s/ John C. Snodgrass
John C. Snodgrass

2119666.01