## CERTIFICATE OF FILING WITH COURT SECURITY OFFICER

I hereby certify that Petitioner's Reply Memorandum in Further Support of Motion For Preservation Order was filed today by hand with the Court Security Officer. This brief replies to Respondents' Opposition (Dkt. No. 23) to Petitioners' Emergency Motion for Preservation Order (Dkt. No. 17-1).

The filing was sent by hand delivery to the Court Security Officer for review today at 3:45 PM.

/s/ John C. Snodgrass
John C. Snodgrass