IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALAH ALI ABDULLAH AHMED
AL SALAMI, et al.,

    Petitioners,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-CV-2452 (PLF)

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Minute Order dated May 31, 2006, prohibiting respondents from removing petitioner from Guantanamo Bay Naval Base unless the Court and counsel for petitioner receive thirty days' advance notice of such removal.[1]

Dated: July 31, 2006

Respectfully submitted,

PETER D. KEISLER

---

[1] This notice of appeal does not apply to petitioner Saleh Ali Abdullah Al Salami, who is now deceased. See Notice, No. 05-CV-2452 (PLF) (dkt. no. 16). Further, this notice of appeal is being filed with respect to the remaining petitioner, Al Asoriya, identified by respondents as Guantanamo Bay Detainee ISN 340, out of an abundance of caution. Petitioner has a prior-filed, duplicate case pending in the Court. See Notice of Multiple Petitions Filed By Guantanamo Bay Detainee (dkt. no. 7). This notice of appeal is being filed in case petitioner is permitted to proceed with this case notwithstanding his prior-filed, duplicate case.

Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Nicholas J. Patterson*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

> David L Engelhardt
> Reginald B. McKnight
> Frank C. Razzano
> John Charles Snodgrass
> DICKSTEIN SHAPIRO, L.L.P.
> 1825 Eye Street, NW
> Washington, DC 20006
> engelhardt@dsmo.com
> mcknightr@dsmo.com
> rassanof@dsmo.com
> snodgrassj@dsmo.com

*/s/ Nicholas J. Patterson*