IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED<br>AL SALAMI, et al.,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-2452 (PLF) |

### RESPONDENTS' MOTION FOR LEAVE TO FILE A SURREPLY BRIEF IN SUPPORT OF THEIR OPPOSITION TO PETITIONERS' MOTION FOR PRESERVATION ORDER

Petitioners have moved this Court for a preservation order, seeking to require respondents to preserve, "all evidence relating to [petitioner's] death, his detention, the reasons for his detention, any interrogations of him, his treatment and potential mistreatment, along with any and all other evidence sufficient to test the veracity of any official documentation of death produced by Respondents." Respondents filed an opposition to the motion, and petitioners have filed a reply in support of their motion.

Respondents' respectfully seek leave to file a surreply brief, attached hereto as Exhibit A, to address several points that were raised for the first time in petitioners' reply memorandum in support of their motion for protective order. "The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Groobert v. President and Directors of Georgetown College, 219 F. Supp.2d 1, 13 (D.D.C. 2002) (internal citations and quotation marks

omitted) (Urbina, J.). In this case, petitioners raise for the first time in their reply memorandum, denying Respondents' the opportunity to address and oppose those issues.

In their reply memorandum in support of the motion for a preservation order, petitioner's counsel asserts for the first time the legally unsupported argument that the habeas petition filed in this case includes a <u>Bivens</u> action supporting a preservation order. <u>See</u> Pets' Reply at 4. In addition, respondents believe it is necessary to respond to disingenuous statements in petitioner's reply regarding the status of petitioner Al Salami and proof of his death. This is exactly the type of situation in which a surreply is proper. Accordingly, Respondents respectfully asks the Court to accept the attached surreply and consider it when ruling on petitioners' motion for preservation order.

Counsel for the parties conferred regarding this request as required by LCvR 7.1(m). Petitioners' counsel indicated that petitioners consent to this motion.

Dated: August 10, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


  /s/ James J. Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7310
Washington, DC 20530
Tel: (202) 616-8267
Fax: (202) 616-8202

Attorneys for Respondents