UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SALEH ALI ABDULLAH AL SALAMI, et al.,   )
                                        )
        Petitioners,                    )
                                        )
    v.                                  )        Civil Action No. 05-2452 (PLF)
                                        )
GEORGE W. BUSH, et al.,                 )
                                        )
        Respondents.                    )
_____)

ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge."  L. Civ. R. 40.6(a).  On August 3, 2006, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which a majority of the judges agreed to transfer the Government's Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing to Judge James Robertson for coordinated handling and decision. It was further agreed that those judges not agreeing to transfer their Motion would have the opportunity to opt-out of the procedure.

In the interest of achieving a coordinated and expedited resolution of the pending Motion, the undersigned hereby transfers the Motion in the above-captioned case to Judge Robertson for handling and decision as reflected in the August 3, 2006 Resolution of the Executive Session.


                              /s/ _____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: August 10, 2006