*CLEARED BY COURT SECURITY OFFICER FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL GHALIB AHMAD ALHAG,<br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2199 (HHK) |
| KHALD AL BARKATI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2386 (RBW) |
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

2126698.01

*CLEARED BY COURT SECURITY OFFICER FOR PUBLIC FILING*

## NOTICE REGARDING PRIVILEGED COMMUNICATIONS

Pursuant to Judge Gladys Kessler's Order of August 7, 2006, counsel for Petitioners in the above-captioned matters certify that counsel neither sent any attorney-client communications to nor received any attorney-client communications from the following petitioners prior to June 18, 2006:

| | |
|---|---|
| Abdullah Al Sali Al Asoriya | (05-CV-2452) |
| Khald Al Barkati | (05-CV-2386) |
| Abd Al Ghalib Ahmad Alhag | (05-CV-2199) |
| Salah Ali Abdullah Ahmed Al Salami | (05-CV-2452) |

Counsel further certifies that counsel did not have any in-person conversations with the above petitioners prior to June 18, 2006.

Although counsel have no knowledge of any communications that may have been prepared, sent or otherwise initiated by the above petitioners and intended for, but not received by, counsel, the possibility exists that Respondents may have in their possession documents and things seized from Petitioners that were intended to be communicated to counsel and/or copies of communications sent to counsel. Counsel respectfully request that the Court order Respondents to deliver any such materials immediately to Petitioners' counsel.

Dated:    August 15, 2006                    Respectfully submitted,

/s/  John C. Snodgrass
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006

*CLEARED BY COURT SECURITY OFFICER FOR PUBLIC FILING*

        Telephone: (202) 420-2200
        Fax: (202) 420-2201

        *Of Counsel*
        Barbara J. Olshansky (NY0057)
        Director Counsel
        Tina Monshipour Foster (NY5556)
        Gitanjali S. Gutierrez (NY1234)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439

2126698.01

*CLEARED BY COURT SECURITY OFFICER FOR PUBLIC FILING*

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I served a true and correct copy of the foregoing instrument and all attachments on Respondents by ECF. A copy of all instruments has been emailed to the following persons:

>Terry M. Henry, Esq.
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 6120
>Washington, DC 20530
>
>Andrew I. Warden
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 6120
>Washington, DC 20530

/s/ John C. Snodgrass
John C. Snodgrass