IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

## MOTION TO WITHDRAW PETITION AS TO PETITIONER ABDULLAH AL SALI AL ASORIYA

Petitioner Abdullah Al Sali Al Asoriya (ISN #340) ("Al Asoriya"), by and through his undersigned counsel Dickstein Shapiro LLP ("Dickstein Shapiro") and the Center for Constitutional Rights ("CCR"), respectfully submit this motion to withdraw his petition without prejudice for a writ of *habeas corpus* filed on his behalf in the above-captioned case.[1] Dickstein Shapiro has conferred with counsel for Respondents and they do not oppose the relief requested by this motion.

Dickstein Shapiro and the CCR seek to withdraw the petition only after establishing to their satisfaction that Petitioner Al Asoriya is also represented by Simpson Thacher & Bartlett LLP ("Simpson Thacher"), in a separate, previously filed petition on behalf of Petitioner Abdullah Ali Saleh Gerab Alsaaei ("Alsaaei"), which appears to be a different name for the same man. Dickstein Shapiro reached this conclusion after engaging in a series of communications with Simpson Thacher, whose attorneys visited with Petitioner Alsaaei at Guantánamo Bay. In

---

[1] This matter was referred to Dickstein Shapiro by co-counsel, the CCR. They filed the First Amended Petition for Writ of Habeas Corpus on behalf of Al Asoriya and Salah Ali Abdullah Ahmed Al Salami ("Al Salami"). This motion is proffered solely on behalf of Al Asoriya (ISN #340). Al Salami's petition is unaffected by this motion.

an abundance of caution, we request that Al Asoriya's petition be withdrawn without prejudice, in order to allow him to renew his petition if it is later determined that Al Asoriya and Alsaaei are not the same man.

## MEMORANDUM OF POINTS AND AUTHORITIES

On December 28, 2005, Dickstein Shapiro and the CCR filed a petition for writ of *habeas corpus* on behalf of petitioner Al Asoriya, ISN #340, based upon the Next Friend authorizations of Omar Rajab Amin and Fayiz Al Kandari, fellow detainees at Guantánamo Bay. On March 27, 2006, Respondents filed a Notice of Multiple Petitions Filed by Guantánamo Bay Detainee, asserting that Petitioner Al Asoriya already had a habeas petition pending in *Alsaaei v. Bush*, No. 05-CV-2369. Unbeknownst to Dickstein Shapiro and the CCR, Simpson Thacher had previously filed a petition for writ of *habeas corpus* for Petitioner Alsaaei on December 12, 2005.

Respondents failed to provide any basis for their claim that Al Asoriya and Alsaaei were the same person. After conferring with Simpson Thacher, Dickstein Shapiro was unable to independently substantiate Respondents' claim. Dickstein Shapiro therefore persisted in its representation of Petitioner Al Asoriya—in accordance with its ethical obligation to zealously represent its client—and moved for the Court's entry of a Protective Order for the purpose of securing visitation rights with Petitioner Al Asoriya as well as expeditiously resolving the duplicative representation issue.

On April 13, 2006, the Court entered a Protective Order granting counsel access to Petitioner Al Aosriya as a means of "resolv[ing] any ambiguity as to multiple petitions." *See* April 13, 2006 Order, hereto attached as Exhibit A. In accordance with this Order, Dickstein Shapiro made a written request to Andrew Warden at the Department of Justice for permission to

visit with Petitioner Al Asoriya. Prior to this request, Simpson Thacher had scheduled a visit with Alsaaei.

Mr. Warden responded to Dickstein Shapiro's visitation request by reiterating Respondents' position that representation of Petitioner was duplicative and urging counsel and Simpson Thacher to "confer prior to and following [Simpson Thacher's July 7-8 visit] in effort to resolve or clarify the proper identify [sic] of the petitioners." *See* June 20, 2006 Letter from Andrew I. Warden, attached hereto as Exhibit B. In a good faith effort to resolve the identification issue, Dicksten Shapiro conferred with Simpson Thacher on several occasions. Simpson Thacher agreed to make a series of inquires on counsel's behalf, including asking Alsaaei whether he was acquainted with Petitioner Al Asoriya's Next Friends and whether he had ever requested their assistance in finding legal representation to file a petition for writ of *habeas corpus*.

Counsel from Simpson Thacher visited with Alsaaei at Guantánamo Bay on July 7 and 8, 2006. *See* Affidavit of Veronica Vela at ¶ 8, attached hereto as Exhibit C. As planned, counsel from Simpson Thacher made inquiries about Petitioner Al Asoriya's Next Friends and other topics with the aim of resolving the duplicative petition issue. Alsaaei confirmed that he was acquainted with Next Friends Omar Rajib Amin and Fayiz Al Kandari, and that he had requested their assistance in providing him with legal representation. Simpson Thacher also gathered information from Alsaaei's family members, which, together with Alsaaei's own statements, lead both Dickstein Shapiro and Simpson Thacher to conclude that Al Asoriya and Alsaaei are one and the same person, and that Dickstein Shapiro's representation is duplicative. *See* Exhibit C at ¶¶ 9-10.

Accordingly, the Court should withdraw the petition without prejudice, to allow for the possibility that it may later come to light that Al Asoriya and Alsaaei are not the same person.

## CONCLUSION

For the foregoing reasons, Petitioner's motion should be granted and the petition of Al Asoriya withdrawn without prejudice.

Dated: September 21, 2006

>Respectfully submitted,
>
>/s/ David L. Engelhardt
>Frank C. Razzano (DC360173)
>David L. Engelhardt (DC429886)
>Johnisha Matthews (DC492478)
>Reginald B. McKnight (DC493946)
>John C. Snodgrass (DC473864)
>Lisa Kaas (DC492302)
>DICKSTEIN SHAPIRO LLP
>1825 Eye Street N.W.
>Washington, D.C. 20006
>Tel: (202) 420-2200
>Fax: (202) 420-2201
>
>*Of Counsel*
>Barbara J. Olshansky (NY0057)
>Director Counsel
>Tina Monshipour Foster (NY5556)
>Gitanjali S. Gutierrez (NY1234)
>CENTER FOR CONSTITUTIONAL RIGHTS
>666 Broadway, 7th Floor
>New York, New York 10012
>Tel: (212) 614-6439
>Fax: (212) 614-6499

DSMDB-2142281v01

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2006, a true and correct copy of the foregoing document was served by electronic mail on the following persons:

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

/s/ Johnisha Matthews
Johnisha Matthews