IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALAH ALI ABDULLAH AHMED AL SALAMI, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-CV-2452 (PLF) |

**[PROPOSED] ORDER GRANTING PETITONER ABDULLAH AL SALI AL ASORIYA'S MOTION TO WITHDRAW WITHOUT PREJUDICE HIS PETITION**

IT IS HEREBY ORDERED that Petitioner Abdullah Al Sali Al Asoriya's Motion to Withdraw is GRANTED and his petition is withdrawn without prejudice.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　District of Columbia