

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

---

Andrew Warden
Trial Attorney

Tel:  (202) 616-5084
Fax:  (202) 616-8470
Email:  andrew.warden@usdoj.gov

June 20, 2006

VIA E-MAIL – McKnightR@dicksteinshapiro.com

Reginald McKnight
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037-1526

    Re:    Al Salami v. Bush, Civ. A. No. 05-2452 (PLF)

Dear Mr. McKnight:

    I am writing in response to your letter of June 16, 2006, which requests a visit to the United States Naval Base at Guantanamo Bay, Cuba to meet with petitioner Abdullah Al Sali Al Asoriya during the week of August 14-17. Based on the information you have provided regarding the identify of petitioner Al Asoriya, we have concluded that he has Internment Serial Number (ISN) 340. Consequently, petitioner Al Asoriya is the same person as the petitioner in Alsaaei v. Bush, case number 05-CV-2369 (RWR). However, we understand from your opposition to our notice of duplicate petitions that you dispute our conclusion that petitioners Al Asoriya and Alsaaei are the same person.

    We believe it is everyone's interest to resolve the identity question as soon as possible. To that end, counsel in the Alsaaei case have two days of meetings scheduled with ISN 340 at Guantanamo on July 7-8, 2006. We would suggest that you and counsel in the Alsaaei case (Karen Abravanel of Simpson Thacher & Bartlett LLP) confer prior to and following those meetings in effort to resolve or clarify the proper identify of the petitioners. For example, it would be helpful for us to know whether ISN 340 confirms that the next-friend in the Alsaaei case (Ali Saleh Gerab Saari) is his father. Additionally, we would ask for confirmation, consistent with the declaration of Neil Koslowe filed in the Al Salami case, that ISN 340 authorized Omar Rajab Amin (ISN 065) and Fayiz Al Kandari (ISN 552) to seek legal counsel on his behalf. We believe that answers to these questions will greatly accelerate resolution of the identify issue in these cases.

    Following Ms. Abravanel's return from Guantanamo, please contact me at your convenience to discuss these issues. In the meantime, we can tentatively begin the logistical coordination process for your requested visit dates without prejudice to our position regarding counsel access to petitioner Al Asoriya. To be clear, such arrangements would only tentatively reserve the requested visit dates; a visit would not be permitted absent appropriate resolution of

the identify issue as well as the issue previously raised that the petition brought on Al Asoriya's behalf in the <u>Al Salami</u> case is not properly authorized.

Sincerely,

Andrew I. Warden

cc: Karen Abravanel (KAbravanel@stblaw.com)