IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*,<br><br>                    *Petitioners,*<br><br>             v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>                    *Respondents.* | Civil Action No. 05-CV-2369 (RWR) |

    Veronica Vela, Esq., an attorney admitted to practice in the state of New York, affirms under penalty of perjury that:

    1.    I am an attorney duly admitted to practice in New York and associated with the law firm of Simpson Thacher & Bartlett LLP, ("Simpson Thacher") *pro bono* attorneys for Petitioners Abdullah Ali Saleh Gerab Alsaaei, Internment Serial Number ("ISN") 340, and his Next Friend, Ali Saleh Bin Gerab Al-Abdullah Own Saari, in the above-captioned action. I am fully familiar with the facts set forth in this affirmation.

    2.    On December 12, 2005, Simpson Thacher filed a Petition for Writ of *Habeas Corpus* on behalf of Petitioner Alsaaei in *Alsaaei v. Bush*, Civ. No. 05-2369. The Petition was based on the authorization of Petitioner Saari.

    3.    On December 28, 2005, Dickstein Shapiro, LLP ("Dickstein") filed a Petition for Writ of *Habeas Corpus* on behalf of two petitioners, one of whom is Abdullah Ali Sali Al Asoriya, *Al Salami v. Bush,* Civ. No. 05-2452 (the "Al Asoriya Petition"). The Al Asoriya Petition was based upon the Next Friend authorizations of Omar Rajib Amin and Fayiz Al Kandari, as set forth in a Declaration by their attorney, Neil Koslowe. Mr. Amin and Mr. Al

Kandari are detainees at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). Mr. Koslowe's Declaration identified Petitioner Al Asoriya as Detainee ISN 340.

4. On March 27, 2006, Respondents filed a Notice of Multiple Petitions Filed by Guantanamo Bay Detainee in both the *Alsaaei* and *Al Asoriya* petitions, indicating that Petitioner Alsaeei and Petitioner Al Asoriya are the same person, identified as Detainee ISN 340.

5. On May 16, 2006, Simpson Thacher wrote to Andrew Warden at the Department of Justice to request a *habeas* counsel visit to Petitioner Alsaaei. In response, Mr. Warden requested an update from Simpson Thacher regarding the issue of the multiple petitions. Simpson Thacher was unable to provide such update. Nonetheless, Respondents' approved Simpson Thacher's request to visit Petitioner Alsaaei on July 7 and 8, 2006.

6. On June 16, 2006, Dickstein wrote to Mr. Warden to request a *habeas* counsel visit with Petitioner Al Asoriya.

7. On June 20, 2006, Mr. Warden responded to Dickstein's request in a letter to Reginald McKnight, an attorney at Dickstein, with a copy to Karen Abravanel, an attorney at Simpson Thacher. Mr. Warden tentatively approved Dickstein's request to visit Petitioner Al Asoriya, but requested that Dickstein confer with Simpson Thacher prior to and following their visit with Petitioner Alsaaei in an attempt to "resolve the identity question" in the two cases. Simpson Thacher and Dickstein did so confer.

8. On July 7 and 8, 2006, Ms. Abravanel and I met with Petitioner Alsaaei at Guantánamo for three client interview sessions, totaling approximately 7 hours.

9. During the session on July 7, 2006, I asked Petitioner Alsaaei whether he was familiar with the names Omar Rajib Amin and Fayiz Al Kandari. Petitioner Alsaaei responded

that he knew Mr. Amin and Mr. Al Kandari, and that he had requested their assistance in finding him legal representation to file a petition for writ of *habeas corpus*. Petitioner Alsaaei further stated that he knew Mr. Amin and Mr. Kandari would pass his request on to their own *habeas* counsel.

10. Based upon my conversations with Petitioner, my conversations with attorneys at Dickstein, my reading of the *habeas* petition filed in *Al Salami v. Bush*, Civ. No. 05-2452, and my reading of Neil Koslowe's sworn statement, I am certain that Petitioner Alsaaei and Petitioner Al Asoriya are the same person, identified as Detainee ISN 340, and that the two petitions are duplicative.

11. I understand that each detainee at Guantanamo is assigned a unique ISN. I understand that Petitioner Alsaaei is thus the only detainee at Guantánamo with ISN 340.

12. In order to avoid confusion to our client and to best represent his interests, attorneys at Simpson Thacher have asked Dickstein to withdraw Petitioner Al Asoriya from the *habeas* petition with the docket number 05-2452. It is my understanding that Dickstein will do so upon receipt of this sworn statement.

13. I therefore submit this declaration in support of any motion that Dickstein files in order to withdraw Petitioner Al Asoriya from the *habeas* petition with the docket number 05-2452.

Dated: September 5, 2006
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Veronica Vela, Esq.