IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2452 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

**ERRATA CONCERNING AND NOTICE OF WITHDRAWAL OF RESPONDENTS' NOTICE PURSUANT TO THE COURT'S AUGUST 14, 2006 ORDER IN *ALSAAEI V. BUSH* AND THE COURT'S MAY 31, 2006 ORDER IN *AL SALAMI V. BUSH***

Respondents hereby notify the Court that respondents' counsel incorrectly filed Respondents' Notice Pursuant To The Court's August 14, 2006 Order in Al Salami v. Bush, No. 05-CV-2452 (PLF) (filed under seal November 27, 2006) ("Notice"), based on the mistaken belief that the Court had not dismissed petitioner Abdullah Al Sali Al Asoriya from the case. The Court, in fact, granted the motion to dismiss petitioner Al Asoriya via Minute Order on October 11, 2006. Respondents' counsel apologize for any confusion or inconvenience caused by this error and hereby withdraw the notice.

Further, respondents hereby notify the Court that petitioner Abdullah Ali Saleh Gerab Alsaaei, a.k.a. Abdullah Al Sali Al Asoriya, (ISN 340) has been transferred to the Kingdom of Saudi Arabia and released from United States custody. The transfer having taken place, respondents have no objection to the previously filed Notice being unsealed and placed on the public record.

Dated: December 20, 2006 	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /*s*/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents