UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SALEH ALI ABDULLAH AL SALAMI,       )
                                    )
         Petitioner,                )
                                    )
    v.                              )   Civil Action No. 05-2452 (PLF)
                                    )
GEORGE W. BUSH, et al.,             )
                                    )
         Respondents.               )
_____ )

ORDER

The operative amended petition for a writ of habeas corpus originally was filed with regards to two men detained in Guantanamo Bay, Cuba. Respondents filed a notice on June 12, 2006 indicating that petitioner Saleh Ali Abdullah Al Salami is "deceased as a result of apparent suicide." Petitioner Abdullah Al Sali Al Asoriya filed a motion to withdraw his petition, which the Court granted on October 11, 2006. Accordingly, it is hereby

ORDERED that petitioner Al Salami's counsel shall show cause in writing, on or before July 25, 2008, why the petition for habeas corpus in this case should not be dismissed as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 2, 2008