David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
Erin C. Wilcox (DC982059)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Salah Ali Abdullah*
*Ahmed Al Salami, ISN 693*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-0444 (TFH) |
| **PETITIONERS SEEKING HABEAS** | ) |
| **CORPUS RELIEF IN RELATION TO** | ) Civil Action No. 05-2452 (PLF) |
| **PRIOR DETENTIONS AT** | ) |
| **GUANTANAMO BAY** | ) |
| | ) |

### NOTICE OF FILING WITH COURT SECURITY OFFICER

To all parties, their counsel, and this honorable Court:

Please take notice that counsel for petitioner Salah Ali Abdullah Ahmed Al Salami (ISN 693) has filed on this date with the Court Security Officer ("CSO") its Response to the Court's Order of July 2, 2008 (No. 1:05-cv-02452-PLF, Doc. # 54) to show cause why this habeas corpus action should not be dismissed as moot.  Upon clearance for public filing by the CSO, this Response will be electronically filed with the Court.

Dated: July 25, 2008                              Respectfully submitted,

                                                                DICKSTEIN SHAPIRO LLP

                                                                   /s/ John C. Snodgrass
                                                                David L. Engelhardt (DC429886)
                                                                John C. Snodgrass (DC473864)

DSMDB-2475912v01

2

        Lisa M. Kaas (DC492302)
        Erin C. Wilcox (DC982059)
        DICKSTEIN SHAPIRO LLP
        1825 Eye Street, NW
        Washington, DC  20006-5403
        Tel. 202-420-2200
        Fax 202-420-2201

*Counsel for Petitioner Salah Ali Abdullah Ahmed Al Salami, ISN 693*

DSMDB-2475912v01

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July 2008, a true and correct copy of the foregoing *Notice of Filing With Court Security Officer* was electronically filed via the Court's CM-ECF system and served via first class mail on the following:

**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Washington, DC 20530

                                                  /s/ John C. Snodgrass
                                                  John C. Snodgrass

DSMDB-2475912v01