

**Alkarama for Human Rights** الكرامة لحقوق الإنسان

Dr. Craig T. Mallak
Armed Forces Medical Examiner
1413 Research Boulevard Building
102 Rockville, MD 20850
USA

Geneva, 29 June 2006

**Autopsy of Ahmed Ali Abdullah**

Dear Dr. Mallak,

The family of Ahmed Ali Abdullah requested our organization to help them organize an autopsy of the body of their son who died on 10 June 2006 in the Guantanamo Bay detention camp. We gave a mandate to a medical team directed by Prof. Patrice Mangin, head of the Institute of Legal Medicine of Lausanne University, in Switzerland, to perform this task and the autopsy took place last week in Sanaa.

We would like to put you in touch with the Lausanne medical team which needs some documents, materials and explanations from your side in order for them to finalize their report of autopsy. They need in particular the following:

1) A copy of the report of autopsy carried out by your team and the histological samples as well as the anatomical sample corresponding to the upper airways including the larynx, the hyoid bone and the thyroid cartilage removed in one piece during the autopsy.

2) A copy of the report of the investigation performed by the authorities of the Guantanamo Bay detention camp. More information is required about:

   a) The circumstances of the discovery of Ahmed Ali Abdullah in a state of hanging in his cell.

   b) The modus operandi and the exact nature (documented by photos if possible) of the ligatures used to this effect (the press talked about clothes and bed sheets).

   c) If reanimation measures were taken or not. If yes, what is the nature of these measures (administration or not of drugs, endotracheal intubation)?

   d) The previous state of the victim, in particular the possible existence of signs of depression, attempt of suicide, hunger strike, and if possible a close photography of the face of Ahmed Ali Abdullah showing his dentition.

   e) The exact conditions of conservation undertaken for the repatriation of the body of Ahmed Ali Abdullah.

   f) The justifications for cutting off the extremities of all the nails of the fingers and toes of the victim.

   g) Any information about suicide attempts during the preceding days or months.

3) A confirmation that the soft internal organs put in a plastic bag inside the body of Ahmed Ali Abdullah belong to him.

We hope that you will be able to contact your colleagues in Lausanne (contact information is given below) and that your exchange will contribute to elucidating the exact circumstances of the death of Ahmed Ali Abdullah.

We thank you in advance for your assistance.

Yours sincerely,

Maitre Rachid Mesli
Legal Director


Copy to Prof. P. Mangin, IUML


Contact Information

Prof. Patrice Mangin
Institut universitaire de Médecine légale (IUML)
Rue du Bugnon 21
1005 Lausanne
Switzerland
Phone :  +41 21 314 70 63
Fax :    +41 21 314 70 90
Email :  patrice.mangin@chuv.ch