INTER - AMERICAN COMMISSION ON HUMAN RIGHTS
COMISION INTERAMERICANA DE DERECHOS HUMANOS
COMISSÃO INTERAMERICANA DE DIREITOS HUMANOS
COMMISSION INTERAMÉRICAINE DES DROITS DE L'HOMME



# ORGANIZATION OF AMERICAN STATES
WASHINGTON, D.C. 2 0 0 0 6 U.S.A.

June 12, 2006

RE:  Detainees In Guantánamo Bay, Cuba
     Precautionary Measures N° 259
     United States

Dear Mr. Ratner and Ms. Lahood:

On behalf of the Inter-American Commission on Human Rights, I write in respect of the situation of the individuals detained by the United States at Guantanamo Bay and who are the beneficiaries of the precautionary measures cited above.

The Commission has received information indicating that on June 10, 2006, three of the detainees held by the United States at Guantanamo Bay committed suicide. As a consequence, and in light of the terms of the Commission's precautionary measures addressing the humane treatment of the detainees, I wish to inform you that in a note of today's date the Commission has requested the United States to provide information concerning this situation within a period of 10 days.

Yours sincerely,

Santiago A. Canton
Executive Secretary

Michael Ratner and Maria Lahood
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

6/12/2006-BT-5000259